

1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8 UNITED STATES OF AMERICA, )
   )
9              Plaintiff,         )
   )
10       v.                       )    2:13-CR-374-JAD-(CWH)
   )
11 BELINDA K. THOMPSON,           )
   )
12             Defendant.         )

13 **ORDER OF FORFEITURE**

14        This Court finds that on _____, 2014, defendant BELINDA K. THOMPSON pled

15 guilty to Count One of a One-Count Criminal Indictment charging her in Count One with Theft of

16 Government Property in violation of Title 18, United States Code, Section 641. Criminal Indictment,

17 ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

18        This Court finds defendant BELINDA K. THOMPSON agreed to the forfeiture of the in

19 personam criminal forfeiture money judgment of $399,000 set forth in the Plea Agreement and the

20 Forfeiture Allegation in the Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea

21 Agreement, ECF No. __.

22        This Court finds that BELINDA K. THOMPSON shall pay a criminal forfeiture money

23 judgment of $399,000 in United States Currency to the United States of America, pursuant to Fed. R.

24 Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United

25 States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

26 . . .

1   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United

2   States recover from BELINDA K. THOMPSON a criminal forfeiture money judgment in the amount

3   of $399,000 in United States Currency.

4   DATED this 18 day of _November_, 2014.

_____
UNITED STATES DISTRICT JUDGE