# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:13-CR-374-JAD-(CWH) |
| BELINDA K. THOMPSON, | ) ) ) | |
| Defendant. | ) | |

# ORDER OF FORFEITURE

This Court finds that on November 18, 2014, defendant BELINDA K. THOMPSON pled guilty to Count One of a One-Count Criminal Indictment charging her in Count One with Theft of Government Property in violation of Title 18, United States Code, Section 641. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 27; Plea Agreement, ECF No. 28.

This Court finds defendant BELINDA K. THOMPSON agreed to the forfeiture of the in personam criminal forfeiture money judgment of $399,000 set forth in the Plea Agreement and the Forfeiture Allegation in the Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 27; Plea Agreement, ECF No. 28.

This Court finds that BELINDA K. THOMPSON shall pay a criminal forfeiture money judgment of $399,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2 States recover from BELINDA K. THOMPSON a criminal forfeiture money judgment in the amount
3 of $399,000 in United States Currency.

4  DATED this _20th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE