RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for Belinda K. Thompson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BELINDA K. THOMPSON ,<br><br>　　　　Defendant. | 2:13-CR-374-JAD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Christina M. Brown, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for BELINDA K. THOMPSON, that the sentencing hearing currently scheduled for Tuesday, April 21, 2015 at 10:00 a.m., be vacated and set to a date and time convenient to this court but no earlier than forty-five (45) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Both undersigned and government counsel need additional time to prepare for sentencing.

　　　　2.　　additional time is needed to allow client's family members to re-schedule their travel arrangements.

　　　　3.　　The client is not in custody and does not oppose the continuance.

1     4.     This is the second stipulation to continue filed herein.

2     DATED this 16th day of April, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL BOGDEN<br>United States of Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By: _____<br>NISHA BROOKS-WHITTINGTON,<br>Assistant Federal Public Defender | */s/ Christina M. Brown*<br>By: _____<br>CHRISTINA M. BROWN,<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BELINDA K. THOMPSON ,<br><br>Defendant. | 2:13-CR-374-JAD-CWH<br><br>**ORDER** |

**ORDER**

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, April 21, 2015, be vacated and continued to Monday, June 22, 2015, at 1:30 p.m.

DATED this 17th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

3