**FILED**

AUG 04 2015

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-374-JAD-(CWH) |
| BELINDA K. THOMPSON, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

This Court found that BELINDA K. THOMPSON shall pay the criminal forfeiture money judgment of $399,000 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 27; Plea Agreement, ECF No. 28; Order of Forfeiture, ECF No. 32.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BELINDA K. THOMPSON the criminal forfeiture money judgment in the amount of $399,000 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);

///
///
///
///
///

1  Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c);
2  and Title 21, United States Code, Section 853(p).

3  DATED this 4th day of ~~June~~ August, 2015.

_____
UNITED STATES DISTRICT JUDGE